IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINE LYNN SMITH                                                    PLAINTIFF

vs.                             Case No. 3:16-CV-00012 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                          DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the final determination of the

Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 10th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE